UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-23584-LEIBOWITZ

**RICARDO HERRERA-MANINO**,

   *Petitioner,*

v.

**GARRETT RIPA,** *et al.*,

   *Respondents.*

_____/

## ORDER

The Court held a status conference on September 11, 2025, at which counsel for Plaintiff and Defendants appeared. [*See* ECF No. 21]. The Court made rulings at the September 11, 2025, hearing, which are memorialized in this Order. To the extent that the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 **[ECF No. 1]** is **DENIED**.

2. The Clerk of Court is **INSTRUCTED** to **CLOSE** this case. All existing deadlines are terminated, and pending motions, if any, are **TERMINATED**.

**DONE AND ORDERED** in the Southern District of Florida on September 11, 2025.

                                            DAVID S. LEIBOWITZ
                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record